HELEN DAVID v. JOSEPH C. ROSS.

July 8, 1975. Petition for certification denied.

DEBRA KAUFMAN v. PATERSON BOARD OF EDUCATION.

July 8, 1975. Petition for certification denied.

MICHAEL CALIMANO v.
PARK AUTHORITY OF THE CITY OF NEWARK.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT BROWN.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LEON WAYNE RICHARDSON.

July 8, 1975. Petition for certification denied.